# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                        :      NO. 820
                             :
     ORDER ADOPTING RULE 1.40   :     SUPREME COURT RULES DOCKET
     AND AMENDING THE NOTE TO   :
     RULE 14.8 OF THE               :
     PENNSYLVANIA ORPHANS'      :
     COURT RULES                :

## ORDER

**PER CURIAM**

**AND NOW**, this 2nd day of January, 2020, upon the recommendation of the Orphans' Court Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3):

It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1.40 of the Pennsylvania Orphans' Court Rules is adopted in the attached form and that the Note to Rule 14.8 of the Pennsylvania Orphans' Court Rules is amended in the attached form.

This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on April 1, 2020.

Additions to the rule are shown in bold and are underlined.